UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

In re: GARDNER, ROBERT WENDELL     Case No. 18-33883 - 7
       GARDNER, CHRISTIANNE

       Debtor(s)     Judge MARY ANN WHIPPLE

## MOTION FOR TURNOVER

Now comes Patti Baumgartner-Novak, Trustee and moves this Court pursuant to 11 U.S.C. § 542 for an Order directing the Debtor to surrender the following property on or before April 15, 2019:

> A copy of the Debtor(s) 2018 Federal and State Income Tax Returns, with all attachments and W-2's, and the non-exempt portion of the Debtor(s) 2018 Federal and State Income Tax Refunds.

In support thereof, the Trustee asserts that these are assets of the estate.

**WHEREFORE**, the Trustee respectfully requests this Court to enter an Order directing the Debtor to turn over said property for administration as a part of the bankruptcy estate.

Respectfully submitted,

**/s/ Patti Baumgartner-Novak**
Patti Baumgartner-Novak, Trustee
3015 Navarre Ave., Suite 203
Oregon, OH 43616
(419) 724-2480
Fax (419) 724-2481

# CERTIFICATE OF SERVICE
## AND NOTICE PURSUANT TO LOCAL RULE 9013-1(a)

Please take note that the Respondent has fourteen days from service of this motion to file and serve a response or a request for a hearing, and that if a response or request is not timely filed with the court and served on the Movant, Patti Baumgartner-Novak, 3015 Navarre Ave., Suite 203, Oregon, OH 43616, the Court may grant the relief requested without hearing.

I certify that on 2/25/19, a true and correct copy of the Motion for Turnover was served:

Via the Court's Electronic Case Filing System on these entities and individuals who are listed on the court's Electronic Mail Notice List:

    WILLIAM J. BALENA on behalf of Debtor(s) at DOCKET@OHBKSOURCE.COM
    Mark R. Lembright    mlembright@alaw.net
    Office of the U. S. Trustee at ustpregion9.cl.ecf@usdoj.gov

And by regular U. S. mail, postage prepaid, on:

    GARDNER, ROBERT WENDELL, at 4847 HOLLYVIEW DRIVE, VERMILION, OH 44089

    GARDNER, CHRISTIANNE, at 4847 HOLLYVIEW DRIVE, VERMILION, OH 44089

    PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541

                                        **/s/ Patti Baumgartner-Novak**
                                        Patti Baumgartner-Novak, Trustee
                                        3015 Navarre Ave., Suite 203
                                        Oregon, OH 43616
                                        Pnovak@bex.net